

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

January 29, 1971

Hon. H. R. Nieman, Jr., Director
State Building Commission
409 Sam Houston Building
Austin, Texas   78711

Opinion No. M-780

Re:   Authority of the State
      Building Commission to
      contract for equipment
      as a part of a moderni-
      zation, remodeling or
      building construction
      project.

Dear Mr. Nieman:

Your request for an opinion asks the following question:

"Does the State Building Commission have the authority to contract for equipment as part of a modernization, remodeling or building construction project?"

The above question concerns a contract for "repair, remodeling work and provision of equipment" in the Capitol Building.

Section 51-b of Article III of the Constitution of Texas in its relevant portion provides:

"(c)   Under such terms and conditions as are now or may be hereafter provided by law, the Commission may acquire necessary real and personal property, salvage and dispose of property unsuitable for State purposes, modernize, remodel, build and equip buildings for State purposes, and negotiate and make contracts necessary to carry out and effectuate the purposes herein mentioned." (Emphasis added.)

Pursuant to these provisions of Section 51-b, the Legislature enacted Articles 678m and 678f, Vernon's Civil Statutes. Section 23 of Article 678m provides:

"Sec. 23.   When the Supreme Court of this State, the Court of Criminal Appeals, the offices of the Attorney General and the State's Attorney

-3799-

and the Supreme Court Library shall have moved
from the State Capitol Building, the Board of
Control is directed to make available for the
use and occupancy of the Legislature such of-
fices and committee rooms as the Legislature
shall consider necessary and appropriate for
the efficient conduct of the affairs of the
House of Representatives and the Senate; pro-
vided, that office facilities which are sub-
stantially equal in quality and space shall
be made available for individual members of
the House of Representatives and shall be as-
signed among the members by lot, conducted as
the House shall direct.  The State Building
Commission is hereby empowered and directed
to allocate from the State Building Fund an
amount sufficient to cover the cost of re-
modeling and repairing the State Capitol
Building to provide the space made available
under the authority of this section for the
use and occupancy of the Legislature."

In Attorney General's Opinion M-695 (1970) it was held:

"On the basis of the preceding discussion,
it is our opinion that the State Building Com-
mission under the authority of the provisions
of Section 51-b, Article III of the Constitution
of Texas, Article 678m, Vernon's Civil Statutes,
and Article 4413(32), Vernon's Civil Statutes,
may contract directly with the Senate and House
of Representatives to provide building repair
and remodeling services.  Moreover the Senate
and House of Representatives is authorized to
pay the State Building Commission for these
services under the authority of Attorney General's
Opinion C-78 (1963) upon vouchers drawn for this
purpose by the Senate and House of Representatives
payable to the State Building Commission."

Your request states that the Comptroller of Public Ac-
counts has some doubt as to whether the State Building Commission
has the authority to equip buildings as a part of modernization
and remodeling, as well as those newly constructed.

Section 51-b of Article III of the Constitution of Texas
specifically authorizes the State Building  Commission to "equip

buildings for State purposes" and to "make contracts necessary to carry out and effectuate the purposes herein mentioned." Equipping buildings is not limited to new construction. The word "equip" means to furnish for service or to supply with whatever is necessary to efficient action, and the word "equipment" includes furnishings. It is "elastic" in meaning. Black's Law Dictionary, Fourth Ed., p. 631, and cases cited; also Moon v. Alred, 277 S.W. 787 (Tex.Civ.App. 1925, error dism.).

Therefore, you are advised that the State Building Commission has the authority to contract for equipment as a part of a modernization, remodeling or building construction project.

## S U M M A R Y

Pursuant to the provisions of Section 51-b of Article III of the Constitution of Texas and Article 678m, Vernon's Civil Statutes, the State Building Commission has the authority to contract for equipment as a part of a modernization, remodeling or building construction project.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
Bill Corbusier
Rex White
Bob Davis
Ivan Williams

MEADE F. GRIFFIN
Staff Legal Assistant

NOLA WHITE
First Assistant

ALFRED WALKER
Executive Assistant